IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CLIFFORD WRIGHT III, | ) | |
| | ) | |
| Plaintiff, | ) | 8:18CV249 |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM** |
| DOUGLAS COUNTY | ) | **AND ORDER** |
| CORRECTIONS and DOUGLAS | ) | |
| COUNTY SHERIFF'S OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on its own motion. On July 30, 2018, the Clerk of the Court sent a Memorandum and Order (Filing No. 9) to Plaintiff giving him 30 days to show cause why this case should not be dismissed for failure to pay the initial partial filing fee. The court warned Plaintiff that in the absence of cause shown, this case would be dismissed without prejudice and without further notice.

On August 3, 2018, the Memorandum and Order was returned to the court as undeliverable, and no forwarding information was provided. (Filing No. 10.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that: Plaintiff shall have 20 days from the date of this Memorandum and Order to apprise the court of his current address, in the absence of which this matter will be dismissed without prejudice and without further notice. The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: October 1, 2018: deadline for informing court of address.

DATED this 11th day of September, 2018.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge